IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RUBEN AIRA, JR; and RUBEN AIRA JR. ART LLC, a Hawaii limited liability company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MARTIN AND MACARTHUR ENTERPRISES, LTD., a Hawaii corporation; MICHAEL TAM; AARON HATLEY aka TATAU; JOHN DOES 1–10; JANE DOES 1–10; DOE CORPORATIONS 1–10; DOE PARTNERSHIPS 1–10; and DOE ASSOCIATIONS 1–10,<br><br>        Defendants.<br>_____ | CV 23-00182 JMS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS MARTIN AND MACARTHUR ENTERPRISES, LTD. AND MICHAEL TAM'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS MARTIN AND MACARTHUR ENTERPRISES, LTD. AND MICHAEL TAM'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

    Findings and Recommendation having been filed and served on all parties on July 31, 2024, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge